IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DIMITRI OSBORN
AN INDIVIDUAL,

    Plaintiff,

v.

WHITES & ASSOCIATES INC.
a Florida Corporation, et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:20-CV-2528-TWT

## ORDER

This is an action under the Fair Debt Collection Practices Act. It is before the Court on the Report and Recommendation [Doc. 53] of the Magistrate Judge recommending that the Plaintiff's Amended Motion for Default Judgment [Doc. 46] and Amended Motion for Summary Judgment [Doc. 51] be GRANTED in part and DENIED in part. The Plaintiff's Objections to the Report and Recommendation are without merit. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's Amended Motion for Default Judgment [Doc. 46] and Amended Motion for Summary Judgment [Doc. 51] are GRANTED in part and DENIED in part. The claims against the Defendants Tashima White and Vivianne White are DISMISSED for lack of personal jurisdiction.

SO ORDERED, this \_\_\_3rd\_\_\_ day of December, 2021.

/s/ Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge