FILED IN OPEN COURT
U.S.D.C. - Atlanta

FEB 01 2022

KEVIN P. WEIMER, Clerk
By J. Holder, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIMITRI OSBORN, an individual,<br>　　Plaintiff,<br>　　v.<br>WHITES & ASSOCIATES INC, a Florida Corporation; and PRESTON WHITE, an individual or alias,<br>　　Defendants. | Case No.: 1:20-cv-02528-TWT<br><br>VERDICT |

### VERDICT

**I.　FAIR DEBT COLLECTION PRACTICES ACT**

　　*A.　Statutory Damages for Violation of the Fair Debt Collection Practices Act*

　　1.　What is the amount of the statutory damages that should be awarded to Mr. Osborn for Defendant Whites & Associates Inc's violation of the Fair Debt Collection Practices Act?

　　$ __1,000__

Continue to question 2.

　　2.　What is the amount of statutory damages that should be awarded to Mr. Osborn from Defendant Preston White's violation of the Fair Debt Collection Practices Act?

　　$ __1,000__

Continue to question 3.

[CONTINUE TO NEXT PAGE]
[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

### B. *Actual Damages for Violation of the Fair Debt Collection Practices Act*

3.  Did Mr. Osborn suffer actual damages, which may include personal humiliation, stress, anxiety, embarrassment, mental anguish, or emotional distress due to Defendant Whites & Associates Inc.'s violation of the Fair Debt Collection Practices Act?

    Write **YES** or **NO**: ___Yes___

If "**YES**," then continue to question 4.
If "**NO**," then continue to question 5.

4.  If your answer is "**YES**," then in what amount?

    $ ___1,800___

Continue to question 5.

5.  Did Mr. Osborn suffer actual damages, which may include personal humiliation, stress, anxiety, embarrassment, mental anguish, or emotional distress due to Defendant Preston White's violation of the Fair Debt Collection Practices Act?

    Write **YES** or **NO**: ___Yes___

If "**YES**," then continue to question 6.
If "**NO**," then continue to question 7.

6.  If your answer is "**YES**," then in what amount?

    $ ___1,800___

Continue to question 7.

[CONTINUE TO NEXT PAGE]
[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## II.  FAIR BUSINESS PRACTICES ACT

### A.  *Actual Damages for Defendant Preston White's Violation of the Fair Business Practices Act*

7.  Did Mr. Osborn suffer actual damages, which may include personal humiliation, stress, anxiety, embarrassment, mental anguish, or emotional distress, due to Defendant Preston White's violation of the Fair Business Practices Act?

Write **YES** or **NO**: ___Yes___

If "**YES**," then continue to question 8.
If "**NO**," then continue to question 12.

8.  If your answer is "**YES**," then in what amount?

$ ___1,800___

Continue to question 9.

[CONTINUE TO NEXT PAGE]
[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

### B.   *Exemplary Damages for Defendant Preston White's Intentional Violation of the Fair Business Practices Act*

9.   Did Defendant Preston White intentionally violate the Fair Business Practices Act?

Write **YES** or **NO**: _____Yes_____

Continue to question 10.

If "**YES**," then continue to question 10.
If "**NO**," then continue to question 11.

10.   What amount is sufficient to punish, penalize, or deter Defendant Preston White?

$ __18,000__

[CONTINUE TO NEXT PAGE]
[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

4

C. **Liability for Defendant Whites & Associates Inc.'s Violation of the Fair Business Practices Act**

11. Does Defendant Whites & Associates Inc keep assets or maintain a place of business in Georgia?

Write **NO** or **YES**: _____no_____

If "**NO**," then continue to question 12.
If "**YES**," then **STOP**. Your deliberations are now complete. Proceed to the end of the document, sign, and date the Verdict.

D. **Actual Damages for Defendant Whites & Associates Inc.'s Violation of the Fair Business Practices Act**

12. Did Mr. Osborn suffer actual damages, which may include personal humiliation, stress, anxiety, embarrassment, mental anguish, or emotional distress, due to Defendant Whites & Associates Inc.'s violation of the Fair Business Practices Act?

Write **YES** or **NO**: _____yes_____

If "**YES**," then continue to question 13.
If "**NO**," then **STOP**. Your deliberations are now complete. Proceed to the end of the document, sign, and date the Verdict.

13. If your answer is "**YES**," then in what amount?

$ _____1,800_____

Continue to question 14.

[CONTINUE TO NEXT PAGE]
[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

5

### E. *Exemplary Damages for Defendant Whites & Associates Inc.'s Intentional Violation of the Fair Business Practices Act*

14. Did Defendant Whites & Associates Inc. intentionally violate the Fair Business Practices Act?

Write **YES** or **NO**: ___Yes___

If "**YES**," then continue to question 15.
If "**NO**," then **STOP**. Your deliberations are now complete. Proceed to the end of the document, sign, and date the Verdict.

15. What amount is sufficient to punish, penalize, or deter Defendant Whites & Associates Inc.?

$ ___30,000___

Your deliberations are now complete. Proceed to the end of the document, sign, and date the Verdict.

[CONTINUE TO NEXT PAGE]
[SIGNATURE PAGE TO FOLLOW]
[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

SO SAY WE ALL.

_Chelsea Clubb_
Foreperson's Signature

Date: 2/1/2022

[END OF VERDICT]
[END OF DOCUMENT]